**UNITED STATES of America, Plaintiff–Appellee**

v.

**Leonardo Martinez TORRES, also known as Leo Torres, also known as Tiger, Defendant–Appellant.**

No. 14–40983
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 8, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Yolanda Evette Jarmon, Esq., Law Office of Yolanda Jarmon, Houston, TX, for Defendant–Appellant.

Leonardo Martinez Torres, Coleman, FL, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Leonardo Martinez Torres (Torres) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Torres has not filed a response. We have reviewed counsel's brief and the relevant

---

portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.